UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES ARDINGO,

    Plaintiffs,

v.

ROBERT POTTER and UNITED FOOD &
COMMERCIAL WORKERS, LOCAL 951,

    Defendants.

_____/

Case No. 1:04-CV-835

Hon. Richard Alan Enslen

**PARTIAL JUDGMENT**

In accordance with an Opinion entered this date;

**IT IS HEREBY ORDERED** that Defendants Robert Potter and United Food and Commercial Workers, Local 951's Motion for Summary Judgment (Dkt. No. 67) is **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** in that it sought Summary Judgment on Counts I, II, & III of Plaintiff Charles Ardingo's Complaint. The Motion is **DENIED** as to Defendants' request for summary judgment on Count IV of Plaintiff's Complaint.

**IT IS FURTHER ORDERED** that Counts I, II, & III of Plaintiff Charles Ardingo's Complaint are **DISMISSED WITH PREJUDICE**.

Dated in Kalamazoo, MI:
August 8, 2006

    /s/Richard Alan Enslen
    Richard Alan Enslen
    Senior United States District Judge